**UNPUBLISHED**

### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

---

**No. 25-1904**

---

In re:  JOSEPH KENNETH NEWBOLD,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:22-cr-00372-LCB-1)

---

Submitted:  September 18, 2025            Decided:  December 1, 2025

---

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Joseph Kenneth Newbold, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Kenneth Newbold petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on three motions in his criminal case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motions on September 17, 2025. Accordingly, because the district court has recently decided Newbold's motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2